**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1069**

_____

SARA ARAGAW LAKEW,

                                                    Petitioner,

          versus

PETER D. KEISLER, Acting Attorney General,

                                                    Respondent.

_____

**No. 07-1331**

_____

SARA ARAGAW LAKEW,

                                                    Petitioner,

          versus

PETER D. KEISLER, Acting Attorney General,

                                                    Respondent.

_____

On Petitions for Review of Orders of the Board of Immigration
Appeals.  (A76-949-751)

_____

Submitted:  September 19, 2007      Decided:  October 10, 2007

_____

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

———————

Sara Aragaw Lakew, Petitioner Pro Se.  Carol Federighi, Andrew B. Insenga, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated petitions for review, Sara Aragaw Lakew, a native and citizen of Ethiopia, petitions for review of two separate orders of the Board of Immigration Appeals ("Board"). In No. 07-1069, she challenges the Board's denial of her motion to reopen removal proceedings. In No. 07-1331, she challenges the Board's denial of a motion to reconsider the denial of her motion to reopen.

We have reviewed the record and the Board's orders and find that the Board did not abuse its discretion in denying either Lakew's motion to reopen or her motion to reconsider. See 8 C.F.R. § 1003.2(a) (2007); INS v. Doherty, 502 U.S. 314, 323-24 (1992) (standard of review of denial of motion to reopen); Jean v. Gonzales, 435 F.3d 475, 481, 482-83 (4th Cir. 2006) (standard of review of denial of motion to reconsider). We therefore deny both petitions for review for the reasons stated by the Board. See In Re: Lakew, No. A76-949-751 (B.I.A. Dec. 29, 2006 & Mar. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DENIED